# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMMIE M. SHERBAHN

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5125RJB/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $15,536.00 pursuant to 42 U.S.C. § 406(b), reduced by EAJA fees of $5,854.54 that previously were awarded, leaving a net fee of $9,681.16. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to sent to Plaintiff's attorney the net balance of $9,681.16 minus any applicable processing fees as allowed by statute.

| | |
|---|---|
| December 8, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |